UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Lisa Britt, | ) |
| | ) |
| Plaintiff(s) | ) |
| | ) Case No. 4:14-CV-01369 una |
| vs. | ) |
| | ) |
| West County Motor Company, Inc., | ) |
| | ) |
| Defendant(s) | ) |

## ORDER

The above styled and numbered case was filed on August 6, 2014.

After a review of the case, the Clerk's Office determined that the case was opened incorrectly. The case should have been assigned a Miscellaneous case number. Accordingly,

**IT IS HEREBY ORDERED** that the above case be opened as a Miscellaneous case , under cause number 4:14-MC-429 RLW.

**IT IS FURTHER ORDERED** that cause number 4:14-CV-1369 una be administratively closed.

Dated this 6th day of August, 2014.    GREGORY J. LINHARES
                                        CLERK OF COURT


                                        By: /s/ Michele Crayton
                                            Deputy In Charge


**Please note the new case number: 4:14-MC-429 RLW.**